IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MIRIAM TORRES, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action Number: |
| | : | |
| TOTAL FACILITY SERVICES, LLC, | : | 1:10-CV-1831-MHS |
| and, INTER-CONTINTENTAL | : | |
| HOTELS CORPORATION, | : | **Jury Trial Demanded** |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff and Defendants and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), agree to the dismissal with prejudice of this action, with each party to bear its own respective costs.

This the 13th day of January, 2011.

- 2 -

| | |
|---|---|
| **SO STIPULATED:** | **SO STIPULATED**: |
| *s/Kevin D. Fitzpatrick, Jr.* | *s/Matthew M. Wilkins* |
| Kevin D. Fitzpatrick, Jr. | Matthew M. Wilkins |
| Georgia Bar No: 262375 | Georgia Bar No. 142291 |
| 3100 Centennial Tower | King & Yalkin, LLC. |
| 101 Marietta Street, N. W. | 840 Roswell Street, SE |
| Atlanta, GA 30303 | Marietta, GA 30360 |
| (404) 979-3150 | (770) 424-9235 |
| Fax (404) 979-3170 | Fax: (404) 424-9239 |
| kevin.fitzpatrick@dcnblaw.com | mwilkins@kingyaklin.com |
| | COUNSEL FOR DEFENDANT |
| | Total Facility Services, LLC |
| *s/Charles R. Bridgers* | |
| Charles R. Bridgers | |
| Georgia Bar No: 080791 | *s/Alex S. Drummond* |
| 3100 Centennial Tower | Alex S. Drummond |
| 101 Marietta Street, N. W. | Georgia Bar No. 231116 |
| Atlanta, GA 30303 | Louisa J. Johnson |
| (404) 979-3150 | Georgia Bar No. 391805 |
| Fax (404) 979-3170 | Seyfarth Shaw LLP |
| charlesbridgers@dcbflegal.com | 1075 Peachtree Street, N.E. |
| | Suite 2500 |
| | Atlanta, GA 30309-3962 |
| COUNSEL FOR PLAINTIFF | |
| | COUNSEL FOR DEFENDANT |
| | IHC Buckhead, LLC |